Name and address
James D. Burnside, III; (CA #75977)
DOWLING, AARON & KEELER, INC.
8080 North Palm Avenue
Third Floor
Fresno, California 93711
559-432-4500

# UNITED STATES DISTRICT COURT
## NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

HUGUES DURAND

Plaintiff(s)

v.

U. S. BANK NATIONAL ASSOCIATION, ND, NATIONS TITLE AGENCY, INC., NATIONS LENDING SERVICE, LAFONDA BROWN, SANDEE GREENLEE, et al.,

Defendant(s).

CASE NUMBER

3:09-cv-00108 JSW

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of: NATIONS TITLE AGENCY, INC., NATIONS TITLE AGENCY, INC. d/b/a NATIONS LENDING SERVICES, LISA CARR and SANDEE GREENLEE
*Name of Party*

☐ Plaintiff   [X] Defendant   ☐ Other _____

to substitute LOUIS A. HUBER, III _____ who is

[X] Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

SCHLEE, HUBER, et al., 4050 Pennsylvania, Suite 300
*Street Address*

Kansas City, MO 64171           lhuber@schleehuber.com
*City, State, Zip*                *E-Mail Address*

816-360-2510        816-931-3553        CA #156378
*Telephone Number*    *Fax Number*         *State Bar Number*

as attorney of record in place and stead of  James D. Burnside, III
                                             *Present Attorney*

is hereby   ☐ GRANTED   ☐ DENIED

Dated  February 10, 2009

*[signature: Jeffrey S. White]*

U.S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY    CCDG010