**Schlee, Huber, McMullen & Krause, P.C.**
Louis A. Huber, III (CA# 156378)
4050 PENNSYLVANIA, SUITE 300
KANSAS CITY, MO 64171-5430
Telephone: 816-931-3500
Facsimile: 816-931-3553
lhuber@schleehuber.com

Attorney for Defendants Nations Title Agency, Inc.,
Nations Title Agency, Inc., d/b/a Nations Lending Services,
Lisa Carr and Sandee Greenlee

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HUGUES DURAND, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION ND, NATIONS TITLE AGENCY, INC. NATIONS LENDING SERVICE, LaFONDA BROWN, SANDEE GREENLEE, LISA CARR; RORY SODERLING, and DOES 1-50, <br><br> Defendants. | Case No. C09 – 00108 JSW <br><br> **ORDER GRANTING DEFENDANTS NATIONS TITLE AGENCY, INC., NATIONS TITLE AGENCY, INC., d/b/a NATIONS LENDING SERVICES, LISA CARR AND SANDEE GREENLEE'S MOTION FOR ENLARGEMENT OF TIME TO MEET AND CONFER AND COMPLY WITH ADR DEADLINES** |

## <u>ORDER</u>

It is hereby **ORDERED** that Defendants Nations Title Agency, Inc., d/b/a Nations Lending Services, Lisa Carr and Sandee Greenlee's Motion for Enlargement of Time to Meet and Confer and Comply with ADR Deadlines is **GRANTED**.

It is further **ORDERED** that the Court's Order Setting Initial Case Management Conference and ADR Deadlines, dated January 9, 2009, is amended to allow the parties until April 10, 2009, to:

    a.  Meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan,

    b.  File ADR Certification signed by Parties and Counsel, and

    c.  File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

Signed this __13__ day of ~~March~~ April, 2009.

_____
United States District Court Judge