Lawrence P. Ebiner (State Bar No. 122293)
Jonathan G. Fetterly (State Bar No. 228612)
HOLME ROBERTS & OWEN LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION ND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGUES DURAND.<br><br>     Plaintiff,<br><br> v.<br><br>U.S. BANK NATIONAL ASSOCIATION ND; NATIONS TITLE AGENCY INC.; NATION LENDING SERVICE; SHANE G. WARREN; LaFONDA BROWN; SANDEE GREENLEE; LISA CAAR; RORY SODERLING; and DOES 1-50.<br><br>     Defendants. | Case No.: 3:09-cv-00108-JSW<br><br>Honorable Jeffrey S. White<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Hugues Durand ("Plaintiff") and defendant U.S. Bank National Association ND ("U.S. Bank") hereby stipulate as follows:

1. Whereas, Plaintiff filed the Complaint in San Francisco Superior Court on December 8, 2008;

2. Whereas, this case was removed to federal court on January 9, 2009.

3. Whereas, on January 4, 2009, Plaintiff served U.S. Bank pursuant to California Code of Civil Procedure § 415.40 by mailing the summons and Complaint via certified mail to an address outside of California;

4. Whereas, pursuant to California Code of Civil Procedure § 415.40, U.S. Bank was deemed served on the tenth day after mailing.

5. Whereas, U.S. Bank's response to Plaintiff's Complaint was due February 3, 2009;

6. Whereas, U.S. Bank's counsel spoke with Plaintiff on April 10, 2009, and learned at that time that Plaintiff served U.S. Bank via certified mail on January 4, 2009;

7. Whereas, Plaintiff and U.S. Bank have agreed that U.S. Bank's response to Plaintiff's complaint will be due April 24, 2009;

IT IS SO STIPULATED that U.S. Bank's time to file a response to Plaintiff's Complaint in this matter is extended to and through April 24, 2009.

Dated: April 17, 2009     HOLME ROBERTS & OWEN LLP

By:    s/Jonathan G. Fetterly
       Jonathan G. Fetterly
       Attorneys for Defendant
       U.S. BANK NATIONAL
       ASSOCIATION ND

Dated: April 17, 2009

By: [signature]
       Hugues Durand
       *In propia persona*

Lawrence P. Ebiner (State Bar No. 122293)
Jonathan G. Fetterly (State Bar No. 228612)
HOLME ROBERTS & OWEN LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION ND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGUES DURAND.<br><br>                 Plaintiff,<br>    v.<br>U.S. BANK NATIONAL ASSOCIATION ND; NATIONS TITLE AGENCY INC.; NATION LENDING SERVICE; SHANE G. WARREN; LaFONDA BROWN; SANDEE GREENLEE; LISA CAAR; RORY SODERLING; and DOES 1-50.<br><br>                 Defendants. | Case No.: 3:09-cv-00108-JSW<br><br>Honorable Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Upon stipulation of the parties, and for good cause shown, it is hereby ordered that U.S. Bank's time to file a response to Plaintiff's Complaint in this matter is extended to and through April 24, 2009.

**IT IS SO ORDERED**.

DATED: __April 20, 2009__    _____
                             Honorable Jeffrey S. White

---
1
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT