IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGUES DURAND,<br><br>    Plaintiff,<br><br>  v.<br><br>US BANK NATIONAL ASSOCIATION ND, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-00108 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on June 12, 2009 on the motion to dismiss filed by d U.S. Bank National Association ND. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **May 14, 2009** and a reply brief shall be filed by no later than **May 22, 2009**.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: April 27, 2009

                                                               JEFFREY S. WHITE<br>
                                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HUGUES DURAND,

        Plaintiff,

  v.

US BANK NATIONAL ASSOCIATION et al,

        Defendant.

Case Number: CV09-00108 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hugues Durand
152 Lombard
#204
San Francisco, CA 94111

Dated: April 27, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2