**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGUES DURAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>US BANK NATIONAL ASSOCIATION ND, et al.,<br><br>　　　　Defendants._____/ | No. C 09-00108 JSW<br><br>**ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE TO MAGISTRATE JUDGE** |

   Pursuant to Civil Local Rule 72-1, ADR Local Rule 7-2, and the parties' consent, this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted by July 23, 2009, if possible. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

   **IT IS SO ORDERED.**

Dated: April 28, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HUGUES DURAND,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION et al,

    Defendant.

Case Number: CV09-00108 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hugues Durand
152 Lombard
#204
San Francisco, CA 94111

Dated: April 28, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2