IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUGUES DURAND,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, et al.,

    Defendants.
    _____/

No. C 09-00108 JSW

**ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE GRANTED**

    On May 6, 2009, Defendants Nations Title Agency, Inc., Nations title Agency, Inc. d/b/a Nations Lending Services, Lisa Carr and Sandee Greenlee filed a Motion to File A First Amended Answer. That motion is set for hearing on June 12, 2009, and by a Clerks Notice issued on May 7, 2009, the parties were reminded that the opposition and reply briefs were due in accordance with the time period required by Local Rule 7-3. Pursuant to that Rule, the opposition briefs were due on May 22, 2009, but Plaintiff has not filed an opposition to the motion.

    Accordingly, Plaintiff is HEREBY ORDERED to show cause by no later than June 4, 2009, the motion should not be granted as unopposed. If Plaintiff fails to file a response to this Order or an opposition brief with a request to late file that brief by June 4, 2009, the Court shall deem the motion unopposed. Pending further Order of the Court, the motion remains on calendar on June 12, 2009.

1  The Court advises Plaintiff that a Handbook for Pro Se Litigants is available through the
2  Court's website or in the Clerk's office.  The Court also advises Plaintiff that additional
3  assistance may be available by making an appointment with the Legal Help Center, which is
4  located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102.
5  **IT IS SO ORDERED.**

7  Dated:  May 27, 2009

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HUGUES DURAND,

        Plaintiff,

  v.

US BANK NATIONAL ASSOCIATION et al,

        Defendant.

Case Number: CV09-00108 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hugues Durand
152 Lombard
#204
San Francisco, CA 94111

Dated: May 28, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk