HUGUES DURAND *in pro per*  
Rincon Center # 191055  
San Francisco, CA 94119  
Huguesl.Durand@gmail.com

Pro Se

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGUES DURAND.<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION ND; NATIONS TITLE AGENCY INC.; NATION LENDING SERVICE; SHANE G. WARREN; LaFONDA BROWN; SANDEE GREENLEE; LISA CAAR; RORY SODERLING; and DOES 1-50.<br><br>Defendants. | Case No.: 3:09-cv-00108-JSW<br><br>Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL |

This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal. The Court hereby GRANTS the Motion and Defendants LaFonda Brown, Rory Soderling and Shane Warren are hereby dismissed.

**IT IS SO ORDERED.**

Dated __JUN 0 2 2009__

*/s/ Jeffrey S. White*  
HON. JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

-1-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HUGUES DURAND,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION et al,

    Defendant.
    /

Case Number: CV09-00108 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hugues Durand
152 Lombard
#204
San Francisco, CA 94111

Dated: June 2, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk