IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGUES DURAND,<br><br>    Plaintiff,<br><br>  v.<br><br>US BANK NATIONAL ASSOCIATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-00108 JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This matter came before the Court for a hearing on Defendant U.S. Bank National Association's motion to dismiss on June 12, 2009. Plaintiff did not appear at that hearing. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute. Plaintiff's response shall be due by no later than July 2, 2009. Plaintiff is further advised that failure to respond to this Order shall result in the dismissal of this action without prejuice.

**IT IS SO ORDERED.**

Dated: June 12, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGUES DURAND,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>US BANK NATIONAL ASSOCIATION et al,<br><br>　　　　　Defendant.　　　　　　　　／ | Case Number: CV09-00108 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hugues Durand
152 Lombard
#204
San Francisco, CA 94111

Hugues Durand
Rincon Center: 191055
San Francisco, CA 94119

Dated: June 12, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk